**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **DELORIS PHILLIPS,** ) | |
| Plaintiff, ) | |
| vs. ) | No. 3:15-CV-3933-L-BH |
| ) | |
| **DALLAS COUNTY COLLEGE** ) | |
| **COMMUNITY DISTRICT, et al.,** ) | |
| Defendants. ) | |

**RECOMMENDATION REGARDING REQUEST TO PROCEED**
**IN FORMA PAUPERIS ON APPEAL**

Pursuant to *Amended Miscellaneous Order No. 6* (adopted by *Special Order No. 2-59* on May 5, 2005), requests to proceed *in forma pauperis* are automatically referred.

Before the Court is Plaintiffs' *Application to Proceed in District Court without Prepaying Fees or Costs* on appeal, received January 12, 2016 (doc. 14).

(**X**)   The request for leave to proceed *in forma pauperis* on appeal should be DENIED because the Court should certify pursuant to Fed. R. App. P. 24(a)(3) and 28 U.S.C. § 1915(a)(3) that the appeal is not taken in good faith

**If the Court denies the request to proceed *in forma pauperis* on appeal, Plaintiff may challenge the denial by filing a separate motion to proceed *in forma pauperis* on appeal with the Clerk of Court, U.S. Court of Appeals for the Fifth Circuit, within thirty days after service of the notice required by Fed. R. App. P. 24(a)(4).  See Fed. R. App. P. 24(a)(5).**

**SIGNED** this 13th day of January, 2016.

_____
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE